BARRY L. SOLOMON
P.O. BOX 11131
Reno, Nevada  89510-1131
Telephone:  (775) 324-0922

Trustee in Bankruptcy

RECEIVED AND FILED
2007 JUN -8 PM 3:01
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

GRANT, JACKIE M.
               Debtor(s).

CHAPTER   7
CASE NO:   04-53377

NOTICE OF UNCLAIMED FUNDS
PURSUANT TO RULE 3011

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

FROM  BARRY L. SOLOMON, Trustee

    Pursuant to Bankruptcy Rule 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, USC § 2042.

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | CAN NUMBER 613300 AMOUNT OF DEPOSIT |
|---|---|---|
| 8 | 827768<br>RENO RADIOLOGY ASSOCIATION<br>PO BOX 30034<br>RENO, NV. 89520 | 2.51 |
| | TOTAL | $ 2.51 |

    Note:   Rule 2010 requires Dividend under $5.00 to be deposited into the Registry of the United States Bankruptcy Court.   Make checks payable to Clerk, United States Bankruptcy Court.

Dated:  June 6, 2007

                                         _____
                                         Barry L. Solomon, Trustee