BARRY L. SOLOMON
P.O. BOX 11131
Reno, Nevada  89510-1131
Telephone:  (775) 324-0922

*ORIGINAL*

RECEIVED & FILED

'07  SEP 11  A10 :24

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Trustee in Bankruptcy

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

GRANT, JACKIE M.

Debtor(s).

/

CHAPTER     7
CASE NO:    04-53377

**NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

FROM  BARRY L. SOLOMON, Trustee

Pursuant to Bankruptcy Rule 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, USC § 2042.

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | CAN NUMBER 613300 AMOUNT OF DEPOSIT |
|---|---|---|
| 2 | ACI, INC. 300 ESSJAY ROAD WILLIAMSVILLE, NY 14221 | 468.82 |
| 7 | PROVIDIAN - MICHAEL WENRNICK, ESQ 507 FRANKE E RODGERS BLVD P.O. BOX 192 HARRISON NJ 07209-0192 | 107.16 |
| | TOTAL | $575.98 |

Note:  Rule 2010 requires Dividend under $5.00 to be deposited into the Registry of the United States Bankruptcy Court.  Make checks payable to Clerk, United States Bankruptcy Court.

Dated:  September 7, 2007

Barry L. Solomon, Trustee