```
1  BARRY L. SOLOMON
   P.O. BOX 11131
2  Reno, Nevada 89510-1131
   Telephone: (775) 324-0922
3
   Trustee in Bankruptcy
4
```

RECEIVED AND FILED
07 DEC 27 AM 9:44
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                       CHAPTER 7
                                             CASE NO: 04-53377
GRANT, JACKIE M.
                Debtor(s).                   **NOTICE OF UNCLAIMED FUNDS**
                                             **PURSUANT TO RULE 3011**
_____/

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

FROM BARRY L. SOLOMON, Trustee

Pursuant to Bankruptcy Rule 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, USC § 2042.

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | CAN NUMBER 613300 AMOUNT OF DEPOSIT |
|---|---|---|
| 3 | CAPITAL ONE<br>P.O. BOX 85617<br>RICHMOND, VA 23276 | 50.23 |
| 9 | WASHOE MEDICAL CENTER<br>P.O. BOX 3006<br>RENO, NV 89502 | 25.11 |
|  | TOTAL | $.75.34 |

Note: Rule 2010 requires Dividend under $5.00 to be deposited into the Registry of the United States Bankruptcy Court. Make checks payable to Clerk, United States Bankruptcy Court.

Dated: December 18, 2007


Barry L. Solomon, Trustee

[handwritten margin note: 813 99  75.34]